UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PHILLIP T. JOHNSON,

        Plaintiff,

    v.

SUPERINTENDENT MALDONALDO, ET AL.,

        Defendants.

ORDER

05-CV-859S

---

    Plaintiff has filed a second Motion to Appoint Counsel.[1] (Docket No. 8.) Under the standards promulgated in <u>Hendricks v. Coughlin</u>, 114 F.3d 390, 392 (2d Cir. 1997) and <u>Hodge v. Police Officers</u>, 802 F.2d 58, 60-62 (2d Cir. 1986), this Court will deny Plaintiff's Motion for Appointment of Counsel without prejudice at this time.

    IT HEREBY IS ORDERED, that Plaintiff's Motion to Appoint Counsel (Docket No. 8) is DENIED without prejudice.

    SO ORDERED.

Dated: January 31, 2007
       Buffalo, New York

                                  /s/William M. Skretny
                                  WILLIAM M. SKRETNY
                                  United States District Judge

---

[1] Plaintiff filed the present Motion to Appoint Counsel just 11 days after this Court denied his first motion. (<u>See</u> Docket No. 7.)